# First District Court of Appeal
## State of Florida

_____

No. 1D18-4436
_____

Terrence Paris, II,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

July 11, 2019

Per Curiam.

Affirmed.

Lewis, B.L. Thomas, and Roberts, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William Mallory Kent, Jacksonville, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.